WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
David L. Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 608-9142
Attorneys for Defendant,
IBM LENDER BUSINESS PROCESS SERVICES, INC.

LAW OFFICES OF DAVID J. YANG
David J. Yang, Esq., SBN 112248
101 California Street, Suite 2450
San Francisco, CA 94111
(415) 982-7315; Fax (415) 982-0497
Attorneys for Plaintiff,
ERNESTO DIAZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO DIAZ,<br><br>               Plaintiff,<br><br>vs.<br><br>IBM LENDER BUSINESS PROCESS SERVICES, INC., QUALITY LOAN SERVICE CORPORATION,<br><br>               Defendants. | Case No: 11-cv-00300-LB<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date:        May 6, 2011<br>Time:       8:30 a.m.<br>Courtroom: 8, 19th Floor<br>Place:       450 Golden Gate Ave.<br>                   San Francisco, CA 94102 |

Plaintiff ERNESTO DIAZ ("Plaintiff") and Defendant IBM LENDER BUSINESS PROCESS SERVICES, INC. ("IBM Lender") hereby Stipulate and Agree as follows:

1

1. WHEREAS, the Court set a Case Management Conference in this matter for May 6, 2011, at 8:30 a.m., before the Honorable Charles R. Breyer;

2. WHEREAS, the parties are currently exploring settlement options;

3. WHEREAS, Defendant QUALITY LOAN SERVICE CORPORATION ("Quality") is a non-party after filing a declaration of Non-Monetary Status pursuant to *California Civil Code* § 2924l and after no objection. Quality does not need to appear at the Case Management Conference or consent to its continuance.

NOW THEREFORE, Plaintiff and IBM Lender hereby Stipulate that the Case Management Conference be continued for a period of not less than ninety (90) days, pursuant to the Court's approval.

                                                Respectfully submitted,

                                                WRIGHT, FINLAY & ZAK, LLP

Dated: May 3, 2009         By:   */s/ David L. Chaffin, Esq./*
                                                T. Robert Finlay, Esq.
                                                David L. Chaffin, Esq.
                                                Attorneys for Defendant,
                                                IBM LENDER BUSINESS PROCESS SERVICES, INC.

                                                LAW OFFICES OF DAVID J. YANG

Dated: May 3, 2011         By:   */s/ David Yang, Esq./*
                                                David J. Yang, Esq.,
                                                Attorneys for Plaintiff,
                                                ERNESTO DIAZ

1 **ORDER**

2 Based on the Stipulation of the Parties, it is hereby ORDERED as follows:

3 1. That the Case Management Conference, currently scheduled for May
4 6, 2011, at 8:30 a.m. in Courtroom 8, 19th Floor of the above-captioned Court, is
5 continued to _____August 12_, 2011 at 8:30 a.m. in Courtroom 8, 19th Floor of the
6 above-captioned Court.

7

8 Dated: ___May 4___, 2011



9 _____
Honorable Charles R. Breyer,
U.S. District Judge